ENTERED
CLERK, U.S. DISTRICT COURT

MAR - 8 2007

CENTRAL DISTRICT OF CALIFORNIA
BY                            DEPUTY

CLERK, U.S. DISTRICT COURT

MAR - 6 2007

CENTRAL DISTRICT OF CALIFORNIA
BY

Priority
Send          X
Enter         X
Closed
JS-5/JS-6     X
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| GERALD WALL, | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | SA CV 99-1235-AHS(MLGx) |
| v. | |
| COUNTY OF ORANGE, etc., et al., | **JUDGMENT ON THE VERDICT FOR DEFENDANT(S)** |
| DEFENDANT(S). | |

This action having been tried before the Court sitting with a jury, the Honorable <u>ALICEMARIE STOTLER</u>, District Judge, presiding; the issues having been duly tried and the jury having duly rendered its verdict.

IT IS ORDERED AND ADJUDGED that the plaintiff(s):

GERALD WALL

take nothing; that the action be dismissed on the merits; and that the defendant(s):

COUNTY OF ORANGE and HARRY WATSON

recover of the plaintiff(s) its costs of action, taxed in the sum of _____.

Clerk, U. S. District Court

Dated: MAR - 6 2007

By _____
Deputy Clerk

At: Santa Ana, California

**THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d).**

cc:   Counsel of record

352

CV-44 (11/96)                               JUDGMENT ON THE VERDICT FOR DEFENDANT(S)