# UNITED STATES DISTRICT COURT

CENTRAL District of CALIFORNIA

GERALD WALL,
        Plaintiff
V.
COUNTY OF ORANGE, HARRY WATSON
        Defendants

**BILL OF COSTS**

Case Number: SACV 99-1235 AHS

Judgment having been entered in the above entitled action on 03/08/2007 against Gerald Wall, Plaintiff, the Clerk is requested to tax the following as costs:

| Item | Amount |
|---|---|
| Fees of the Clerk | $ |
| Fees for service of summons and subpoena | $5,692.26 ~~7297.26~~ |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | $14,627.63 ~~14827.63~~ |
| Fees and disbursements for printing | |
| Fees for witnesses (itemize on reverse side) | 534.60 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | $20,446.14 ~~22400.26~~ |
| Docket fees under 28 U.S.C. 1923 | |
| Costs as shown on Mandate of Court of Appeals | 1444.72 |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| Other costs (please itemize) | $3,850.00 ~~38910.33~~ |

Fees paid to plaintiff's expert witnesses for deposition compensation pursuant to Local Rule 54-4.6, as well as for defense experts' testimony at trial.

TOTAL $ ~~85502.80~~ **$46,595.35**

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to:

KLASS, HELMAN & ROSS, Robert M. Ross, 11766 Wilshire Boulevard, Suite 200, Los Angeles, California 90025

Signature of Attorney: _____

Name of Attorney: WILLIAM F. BERNARD

For: COUNTY OF ORANGE AND HARRY WATSON
Name of Claiming Party
Date: MARCH 20, 2007

Please take notice that I will appear before the clerk who will tax said costs on April 6, 2007 at 10:00 a.m.

Costs are taxed in the amount of _____ and included in the judgment.

SHERRI R. CARTER
Clerk of Court

By: _____
Deputy Clerk
STEVEN W. COHEN (359)

Date 04/23/07

AO-133

[Stamps visible: FILED CLERK, U.S. DISTRICT COURT APR 23 2007 CENTRAL DISTRICT OF CALIFORNIA; DOCKETED ON CM APR 23 2007; LODGED - SOUTHERN DIVISION CLERK, U.S. DISTRICT COURT MAR 20 2007 CENTRAL DISTRICT OF CALIFORNIA]